**Opinion issued December 18, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00887-CV

_____

## IN RE MAERSK LINE, LIMITED, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Maersk Line, Limited, has filed a petition for writ of mandamus challenging an order denying relator's motion to dismiss for forum non conveniens in the underlying trial court proceeding.[1] Relator, representing that the parties have "resolved their dispute and settled all matters in controversy," has filed an

---

[1] The underlying case is *Timothy Brock v. Maersk Line, Limited and Maersk Inc.*, No. 2017-72879, in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

unopposed motion to withdraw the petition. Relator also has filed a motion to withdraw its motion for an emergency stay of the trial setting.

Accordingly, we grant relator's motions, dismiss its motion for an emergency stay of the trial setting, and dismiss the petition for a writ of mandamus.

**PER CURIAM**

Panel consists of Justices Higley, Lloyd, and Caughey.